UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20943-CR-Moore/Garber

UNITED STATES OF AMERICA

v.

CARLOS ALVAREZ and ELSA ALVAREZ,

    Defendants.
_____/

## ORDER

THE COURT had received the government's (1) Motion In Limine to Exclude Pre and Post-Debriefing Facts from Evidence in defendant Carlos Alvarez' Suppression Hearing (DE 153), and Motion In Limine to Exclude Expert Testimony from defendant Carlos Alvarez' Suppression Hearing (DE 155).

At the commencement of the suppression hearing held on August 23, 2006, the Court, after hearing argument of counsel, orally GRANTED the government's Motion In Limine to Exclude Expert Testimony (DE 155).

The defendant Alvarez' Motion to Suppress has been heard and the Court has entered its Report and Recommendation that said motion be Denied. Thus, the government's Motion in Limine to Exclude Pre and Post-Debriefing Facts, etc. is therefore deemed to be MOOT.

For administrative purposes in this cause, it is hereby

ORDERED that the government's Motion In Limine to Exclude Expert Testimony, etc. was and is GRANTED. It is further

ORDERED that the government's Motion In Limine to Exclude Pre and Post Debriefing

Facts, etc. is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of December, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge K. Michael Moore
Counsel of record