UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20943-CR-MOORE/GARBER

UNITED STATES OF AMERICA,

v.

CARLOS ALVAREZ and
ELSA ALVAREZ,

    Defendants.
_____/

ORDER DENYING DEFENDANT CARLOS ALVAREZ'S
REQUEST FOR APPELLATE BOND

THIS CAUSE came before the Court upon Defendant Carlos Alvarez's pro se Request for Appellate Bond (DE # 248).

UPON CONSIDERATION of the Motion, arguments made by counsel during a hearing held before the Court on April 11, 2007, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court enters the following Order.

Carlos Alvarez has requested bond pending appeal. In support of his request, Carlos Alvarez has raised arguments identical to those previously raised by his wife and co-defendant, Elsa Alvarez, in her Motion for Bond Pending Appeal (DE # 245). For the reasons previously expressed in the Order denying Elsa Alvarez's motion (DE # 266), it is

ORDERED AND ADJUDGED that Defendant Carlos Alvarez's pro se request for Appellate Bond (DE # 248) is DENIED.

DONE AND ORDERED in Miami, Florida, this 27th day of April, 2007.

*Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE